# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Leonard F. Joy
*Executive Director and*
*Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

January 2, 2012

<u>by ECF</u>
The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:   **<u>United States of America vs. Abdul Shahid</u>**, 11-CR-79 (BMC)

Your Honor:

On November 10, 2011, Your Honor sentenced Mr. Shahid to 15 months of incarceration but allowed him to voluntarily surrender on January 9, 2012. He is now, respectfully, requesting that his surrender date be postponed until the end of school in June of this year. Mr. Shahid is responsible for taking his 8 year old daughter to school and picking her up every day. While he shares custody of her with his estranged wife, he does not trust that she will assume this responsibility. I have spoken to AUSA Paul Tuchman about this request, but he does not consent.

Thank You for Your consideration in this matter.

Respectfully Submitted,

Michael P. Padden, Esq.

cc:   AUSA Paul Tuchman

USPO Victoria M. Aguilar